# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 86641590
CHECK DATE: 07/13/2018
PERIOD START DATE: 07/01/2018
PERIOD END DATE: 07/07/2018

EILEEN C LAUKAGALIS
22 MILLRIDGE DRIVE
ASTON, PA 19014

GLOBAL ID: AA00558982
HOURLY: 15.0500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | M | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE: 0.00 HOURS     SICK TIME AVAILABLE: N/A     PERSONAL TIME AVAILABLE: 0.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC'T | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 0.00 | 15.05 | 0.00 | 4,052.15 |
|  |  |  | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 117.60 |
|  |  |  | HOLIDAY | 4.00 | 15.05 | 60.20 | 236.60 |
|  |  |  | VACATION | 0.00 | 0.00 | 0.00 | 352.80 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 3.74 | 295.07 |
| FEDERAL W/H TAX | 0.00 | 17.68 |
| FICA-HI | 0.88 | 69.01 |
| PENNSYLVANIA | 1.85 | 146.14 |
| PA UNEMPLOYMENT | 0.04 | 2.86 |
| ASTON TWP DE | 0.60 | 47.55 |
| TOTAL TAX | 7.11 | 578.31 |

## MISC DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 27.00 |

TOTAL HOURS & EARNINGS     4.00     60.20     4,759.15

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL PRE-TAX DEDUCTIONS     0.00     0.00

## FEDERAL TAXABLE INCOME

60.20     4,759.15

## 401K COMPANY MATCH

0.00     0.00

TOTAL MISC. DEDUCTIONS     1.00     27.00

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 60.20 | 0.00 | 7.11 | 1.00 | 52.09 | 52.09 |
| Y-T-D | 4,759.15 | 0.00 | 578.31 | 27.00 | 4,153.84 |  |

# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 86659140
CHECK DATE: 07/20/2018
PERIOD START DATE: 07/08/2018
PERIOD END DATE: 07/14/2018

EILEEN C LAUKAGALIS
22 MILLRIDGE DRIVE
ASTON, PA 19014

GLOBAL ID: AA00558982
HOURLY: 15.0500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | M | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

| VACATION TIME AVAILABLE: 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC! | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 12.50 | 15.05 | 188.13 | 4,240.28 |
|  |  |  | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 117.60 |
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 236.60 |
|  |  |  | VACATION | 0.00 | 0.00 | 0.00 | 352.80 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 11.66 | 306.73 |
| FEDERAL W/H TAX | 0.00 | 17.68 |
| FICA-HI | 2.73 | 71.74 |
| PENNSYLVANIA | 5.78 | 151.92 |
| PA UNEMPLOYMENT | 0.11 | 2.97 |
| ASTON TWP DE | 1.88 | 49.43 |
| **TOTAL TAX** | **22.16** | **600.47** |

## MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 28.00 |

| TOTAL HOURS & EARNINGS | 12.50 | 188.13 | 4,947.28 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 188.13 | 4,947.28 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 28.00 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 188.13 | 0.00 | 22.16 | 1.00 | 164.97 | 164.97 |
| Y-T-D | 4,947.28 | 0.00 | 600.47 | 28.00 | 4,318.81 | |

# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 86676666
CHECK DATE: 07/27/2018
PERIOD START DATE: 07/15/2018
PERIOD END DATE: 07/21/2018

EILEEN C LAUKAGALIS
22 MILLRIDGE DRIVE
ASTON, PA 19014

GLOBAL ID: AA00558982
HOURLY: 15.0500

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | M | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE: 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOCL | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 12.00 | 15.05 | 180.60 | 4,420.88 |
| | | | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 117.60 |
| | | | HOLIDAY | 0.00 | 0.00 | 0.00 | 236.60 |
| | | | VACATION | 0.00 | 0.00 | 0.00 | 352.80 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 11.20 | 317.93 |
| FEDERAL W/H TAX | 0.00 | 17.68 |
| FICA-HI | 2.61 | 74.35 |
| PENNSYLVANIA | 5.54 | 157.46 |
| PA UNEMPLOYMENT | 0.11 | 3.08 |
| ASTON TWP DE | 1.81 | 51.24 |
| TOTAL TAX | 21.27 | 621.74 |

## MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 29.00 |

TOTAL HOURS & EARNINGS: 12.00   180.60   5,127.88

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL PRE-TAX DEDUCTIONS: 0.00   0.00

## FEDERAL TAXABLE INCOME

180.60   5,127.88

TOTAL MISC. DEDUCTIONS: 1.00   29.00

## 401K COMPANY MATCH

0.00   0.00

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 180.60 | 0.00 | 21.27 | 1.00 | 158.33 | 158.33 |
| Y-T-D | 5,127.88 | 0.00 | 621.74 | 29.00 | 4,477.14 | |

# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 86694220
CHECK DATE: 08/03/2018
PERIOD START DATE: 07/22/2018
PERIOD END DATE: 07/28/2018

EILEEN C LAUKAGALIS
22 MILLRIDGE DRIVE
ASTON, PA 19014

GLOBAL ID: AA00558982
HOURLY: 15.0500

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | M | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

| VACATION TIME AVAILABLE: 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 11.50 | 15.05 | 173.08 | 4,593.96 |
| | | | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 117.60 |
| | | | HOLIDAY | 0.00 | 0.00 | 0.00 | 236.60 |
| | | | VACATION | 0.00 | 0.00 | 0.00 | 352.80 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 10.73 | 328.66 |
| FEDERAL W/H TAX | 0.00 | 17.68 |
| FICA-HI | 2.51 | 76.86 |
| PENNSYLVANIA | 5.31 | 162.77 |
| PA UNEMPLOYMENT | 0.10 | 3.18 |
| ASTON TWP DE | 1.73 | 52.97 |
| **TOTAL TAX** | **20.38** | **642.12** |

## MISC DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 30.00 |

| TOTAL HOURS & EARNINGS | 11.50 | 173.08 | 5,300.96 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 173.08 | 5,300.96 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 30.00 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 173.08 | 0.00 | 20.38 | 1.00 | 151.70 | 151.70 |
| Y-T-D | 5,300.96 | 0.00 | 642.12 | 30.00 | 4,628.84 | |

# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 86786883
CHECK DATE: 09/14/2018
PERIOD START DATE: 09/02/2018
PERIOD END DATE: 09/08/2018

EILEEN C LAUKAGALIS
22 MILLRIDGE DRIVE
ASTON, PA 19014

GLOBAL ID: AA00558982
HOURLY: 15.0500

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | M | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

| VACATION TIME AVAILABLE: 0.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 0.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | REGULAR PAY | 10.75 | 15.05 | 161.79 | 4,755.75 |
| | | | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 117.60 |
| | | | HOLIDAY | 0.00 | 0.00 | 0.00 | 236.60 |
| | | | VACATION | 0.00 | 0.00 | 0.00 | 352.80 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 10.03 | 338.69 |
| FEDERAL W/H TAX | 0.00 | 17.68 |
| FICA-HI | 2.35 | 79.21 |
| PENNSYLVANIA | 4.97 | 167.74 |
| PA UNEMPLOYMENT | 0.10 | 3.28 |
| ASTON TWP DE | 1.62 | 54.59 |
| TOTAL TAX | 19.07 | 661.19 |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 31.00 |

| TOTAL HOURS & EARNINGS | 10.75 | 161.79 | 5,462.75 |
|---|---|---|---|

## PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS | 0.00 | 0.00 |
|---|---|---|

## FEDERAL TAXABLE INCOME

| | 161.79 | 5,462.75 |
|---|---|---|

## 401K COMPANY MATCH

| | 0.00 | 0.00 |
|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 31.00 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 161.79 | 0.00 | 19.07 | 1.00 | 141.72 | 141.72 |
| Y-T-D | 5,462.75 | 0.00 | 661.19 | 31.00 | 4,770.56 | |

# GIANT MARTIN'S

Giant Food Store, LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

CHECK NO: 86804458
CHECK DATE: 09/21/2018
PERIOD START DATE: 09/09/2018
PERIOD END DATE: 09/15/2018

EILEEN C LAUKAGALIS
22 MILLRIDGE DRIVE
ASTON, PA 19014

GLOBAL ID: AA00558982
HOURLY: 15.0500

|  | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | M | S |
| EXEMPTIONS: | 0 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

VACATION TIME AVAILABLE: 0.00 HOURS        SICK TIME AVAILABLE: N/A        PERSONAL TIME AVAILABLE: 0.00 HOURS

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE CHECK-IN-LINE@1-888-310-7715.

## HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
|  |  |  | REGULAR PAY | 13.25 | 15.05 | 199.41 | 4,955.16 |
|  |  |  | HOL PERS DAY | 0.00 | 0.00 | 0.00 | 117.60 |
|  |  |  | HOLIDAY | 0.00 | 0.00 | 0.00 | 236.60 |
|  |  |  | VACATION | 0.00 | 0.00 | 0.00 | 352.80 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 12.36 | 351.05 |
| FEDERAL W/H TAX | 0.00 | 17.68 |
| FICA-HI | 2.89 | 82.10 |
| PENNSYLVANIA | 6.12 | 173.86 |
| PA UNEMPLOYMENT | 0.12 | 3.40 |
| ASTON TWP DE | 1.99 | 56.58 |
| TOTAL TAX | 23.48 | 684.67 |

## MISC DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| OPT/LST TAX | 1.00 | 32.00 |

| TOTAL HOURS & EARNINGS | 13.25 |  | 199.41 | 5,662.16 |
|---|---|---|---|---|

## PRE-TAX DEDUCTIONS

ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| TOTAL PRE-TAX DEDUCTIONS |  | 0.00 | 0.00 |
|---|---|---|---|

## FEDERAL TAXABLE INCOME

|  |  | 199.41 | 5,662.16 |
|---|---|---|---|

## 401K COMPANY MATCH

|  |  | 0.00 | 0.00 |
|---|---|---|---|

| TOTAL MISC. DEDUCTIONS | 1.00 | 32.00 |
|---|---|---|

|  | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 199.41 | 0.00 | 23.48 | 1.00 | 174.93 | 174.93 |
| Y-T-D | 5,662.16 | 0.00 | 684.67 | 32.00 | 4,945.49 |  |