UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Eileen Laukagalis         :     Chapter 13
        Debtor         :
                       :     No.  18-16243

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly change the address of the Debtor, Eileen Laukagalis to 700 Lower State Road, Building 9, Apartment A-8, North Wales, PA  19454.

        **WATERMAN & MAYER, LLP.**

        BY:___*/s/ Scott F. Waterman*_____
        Scott F. Waterman, Esquire
        Attorney for Debtor

Dated: October 1, 2018        110 W. Front Street
        Media, PA  19063
        (610) 566-6177 Phone
        (610) 892-6991 Fax