**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Eileen Laukagalis  :  Chapter 13
                         :
         Debtor          :
                         :  No. 18-16243-amc

**O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E**

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and L.B.R. 1017-2(a), and L.B.R. 9014-2(a)(4) the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that this case is **DISMISSED**

BY THE COURT:

**Date: October 25, 2018**                   _____
                                             Ashely M. Chan, Bankruptcy Judge