United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Eileen Laukagalis
      Debtor

Case No. 18-16243-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Oct 25, 2018
                        Form ID: pdf900      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db             +Eileen Laukagalis,    700 Lower State Road,    Building 9, Apt A-8,   North Wales, PA 19454-2167
14203708       +Bayview Loan Servicing, LLC,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14217733       +Delaware County Tax Claim Bureau,    c/o Stephen V. Bottiglieri, Esq.,   230 N. Monroe Street,
                 Media, PA 19063-2908
14200222       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14200224       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14200225       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14218603       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14200226       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14200227       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14200228       +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
14200229       +Stephen V. Bottiglieri, Esquire,    230 North Monroe Street,    P.O. Box 2037,
                 Media, PA 19063-9037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:47    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Oct 26 2018 02:38:01    Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
14200219       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 26 2018 02:37:45
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
14200220       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2018 02:37:15    Comenitycb/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
14217277       +E-mail/Text: duffyk@co.delaware.pa.us Oct 26 2018 02:38:01    Delaware County Tax Claim Bureau,
                 Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
14200221        E-mail/Text: duffyk@co.delaware.pa.us Oct 26 2018 02:38:01    Delaware County Tax Claim Bureau,
                 201 W. Front Street,    Government Center Building,    Media, PA 19063-2768
14200223       +E-mail/Text: cio.bncmail@irs.gov Oct 26 2018 02:37:12    Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
```
                                                                    TOTAL: 9

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor Eileen  Laukagalis scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com,   ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
```
                                                    TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Eileen Laukagalis       :    Chapter 13

                          :

     Debtor            :

                          :    No. 18-16243-amc


### O R D E R   D I S M I S S I N G   C H A P T E R  13  C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and L.B.R. 1017-2(a), and L.B.R. 9014-2(a)(4) the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that this case is **DISMISSED**

BY THE COURT:

Date: October 25, 2018         _____

                                Ashely M. Chan, Bankruptcy Judge